NUMBER 13-07-385-CR



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG



____________________________________________________________

 

THE STATE OF TEXAS, Appellant,


v.



DANIEL SOLIS REYNA, Appellee.


____________________________________________________________

 

On Appeal from the 138th Judicial District Court


of Cameron County, Texas



____________________________________________________________


MEMORANDUM OPINION



Before Chief Justice Valdez and Justices Garza and Vela 


Memorandum Opinion Per Curiam



 Appellant, the State of Texas, by and through its County and District Attorney, the
Honorable Armando R. Villalobos, has filed a motion for dismissal of its appeal pursuant
to Rule 42.2 of the Texas Rules of Appellate Procedure. See Tex. R. App. P. 42.2(a). No
decision of this Court having been delivered to date, we grant the motion and dismiss the
appeal. Having dismissed the appeal at appellant's request, no motion for rehearing will
be entertained, and our mandate will issue forthwith.

 PER CURIAM


Do not publish. See Tex. R. App. P. 47.2(b). 

Order delivered and filed

this 11th day of October, 2007.